**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>EBAY INC.,<br><br>  Defendants. | CIVIL ACTION NO. 2:16-cv-00098-RWS-RSP |

**[PROPOSED] ORDER ON DEFENDANT EBAY INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §101**

Before the Court is eBay Inc.'s Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,690,400 Pursuant to 35 U.S.C. § 101. Having considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should in all respects be GRANTED.

Accordingly, it is hereby ORDERED that claim 1 of U.S. Patent No. 6,690,400 is invalid for failing to meet the requirements of 35 U.S.C. § 101.

It is SO ORDERED.